# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHNNY ESQUIVEL,

    Plaintiff

v.

KENNETH WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00017-MMD-CSD

**Order**

Re: ECF Nos. 25, 26

Plaintiff has filed motions for renewed injunctive relief, seeking an order that Lovelock Correctional Center's (LCC) medical department provide him with the following treatment that has been recommended by outside providers: (1) his prescription for Miralax; (2) his prescription for Metamucil; (3) a bone marrow biopsy; (4) his prescription for Hydroxyurea; (5) an ultrasound of the abdomen; and (6) recommended blood work. (ECF Nos. 25, 26.)

In their response, Defendants indicate that Plaintiff has been provided with Miralax and Hydroxyurea, and the bone marrow biopsy, ultrasound and blood work have been ordered as of February 13, 2026. They contend Plaintiff does not have a prescription for Metamucil. (ECF Nos. 28, 30-1 to 30-3, 32, 34-1 to 34-3.)

In his reply, Plaintiff admits he has been given Miralax and Hydroxyurea, and he has had his blood work done, but he has not yet had his bone marrow biopsy or abdominal ultrasound. He also maintains that Dr. Reddy did prescribe him Metamucil for his mild gastritis. (ECF No. 37.)

Plaintiff states in his declaration that he was told by defendant Parks on February 26, 2026, that his abdominal ultrasound and bone marrow biopsy had been scheduled.

On or before **March 24, 2026**, Defendants shall file under seal, but not serve on the Plaintiff, a document indicating when Plaintiff is scheduled for his abdominal ultrasound and bone marrow biopsy. In addition, Defendants shall file by the same date Plaintiff's medical records from his visit with Dr. Reddy (or another provider at Carson Tahoe) on or around September 3, 2025, which is when he claims Dr. Reddy recommended he take Miralax and Metamucil. Plaintiff should be given an opportunity to review the September 3, 2025 record, if he has not had a chance to do so already.

**IT IS SO ORDERED**.

Dated: March 17, 2026

_____

Craig S. Denney
United States Magistrate Judge

2