UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHNNY ESQUIVEL, | Case No. 3:25-cv-00017-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| KENNETH WILLIAMS, *et al.*, | |
| Defendants. | |

Pro se Plaintiff Johnny Esquivel, who is incarcerated in the custody of the Nevada Department of Corrections, brings this action under 42 U.S.C. § 1983. Before the Court is United States Magistrate Judge Craig S. Denney's Report and Recommendation (ECF No. 47 ("R&R")), recommending that the Court deny as moot Esquivel's motion for injunctive relief (ECF Nos. 24, 25 ("Motion")). Esquivel timely filed an objection (ECF No. 50 ("Objection")) to the R&R and Defendants responded (ECF No. 57). As further explained below, the Court overrules Esquivel's Objection, and adopts the R&R in full.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." *Id.* The Court's review is thus de novo because Esquivel filed his Objection.[1]

Esquivel objects to Judge Denney's recommendation that the Court deny as moot his Motion because he has not received his prescribed Metamucil. (ECF No. 50 at 5.) Esquivel contends that if Defendants provided the Court with the record from his visit to

---

[1] As to the remaining portions of the R&R that Esquivel did not object to, the Court adopts them because the Court finds that Judge Denney did not clearly err.

Dr. Reddy on September 3, 2025, the Court would have seen that Dr. Reddy prescribed Metamucil. (*Id.*) He also maintains that his list of current medications contains Metamucil. (*Id.*) Defendants counter that there is no record that Esquivel was prescribed Metamucil, but Esquivel is taking his prescribed Miralax and Miralax and Metamucil are used for the same conditions. (ECF No. 57 at 4.) The Court reviewed Esquivel's medical record from his September 3, 2025 appointment with Dr. Reddy (ECF No. 45-2) and agrees with Judge Denney that there is no indication that Metamucil was prescribed, and that if Esquivel believes he needs it in addition to Miralax, he can request to be seen by NDOC's medical department to discuss his concerns. (ECF No. 47 at 5.)

It is therefore ordered that Esquivel's objection (ECF No. 50) to Judge Denney's Report and Recommendation (ECF No. 47) is overruled.

It is further ordered that Judge Denney's Report and Recommendation (ECF No. 47) is adopted in full.

It is further ordered that Esquivel's motion for injunctive relief (ECF Nos. 25, 26) is denied as moot.

DATED THIS 14th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2