**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHNNY ESQUIVEL,

    Plaintiff

v.

KENNETH WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00017-MMD-CSD

**Order**

Re: ECF No. 68

Plaintiff's motion for extension of time to respond to Defendants' motion for summary judgment (ECF No. 68) is GRANTED. Plaintiff will have until June 15, 2026, to respond to Defendants' motion for summary judgment (ECF No. 60).

**IT IS SO ORDERED**.

Dated: May 1, 2026

_____
Craig S. Denney
United States Magistrate Judge